UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS L. PAQUIN, TODD BESTUL, and DAVID BIRKHOLZ, | Case No. 17-cv-1241-pp |

Plaintiffs,

v.

BANK MUTUAL CORPORATION,
MICHAEL T. CROWLEY, JR.,
DAVID A BAUMGARTEN,
RICHARD A. BROWN,
MARK C. HERR,
MIKE I. SHAFIR,
DAVID C. BOERKE,
LISA A. MAUER,
ROBERT B. OLSON,
THOMAS H. BUESTRIN,
WILLIAM J. MIELKE, and
ASSOCIATED BANC-CORP,

Defendants.

## ORDER OF RECUSAL

Under 28 U.S.C. §455(a) and Canon 3(C)(1) of the Code of Conduct for United States Judges, I recuse myself from further participation in this case.

The court **ORDERS** that the clerk's office randomly assign this case to another judge in the Eastern District of Wisconsin.

Dated in Milwaukee, Wisconsin this 19th day of September, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**